No. 514. ROBINSON *v.* UNITED STATES. See. *post,* p. 808.

No. 482. MACKEY *v.* KAISER, WARDEN. See *ante,* p. 683.

No. 788. BRIDGES *v.* WIXON, DISTRICT DIRECTOR, IMMIGRATION & NATURALIZATION SERVICE. January 29, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. The motion of the Communist Political Association for leave to intervene is denied. MR. JUSTICE JACKSON took no part in the consideration or decision of these applications. *Messrs. Lee Pressman, Richard Gladstein, Henry Cohen,* and *Mrs. Carol King* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Chester T. Lane, Robert S. Erdahl,* and *Leon Ulman* for respondent.

No. 121. JONES *v.* CALIFORNIA. See *ante,* p. 665.

No. 378. COMMERCIAL CREDIT Co. *v.* O'BRIEN, COUNTY TREASURER, ET AL. See *ante,* p. 665.

No. 401. THORNTON *v.* MISSISSIPPI. See *ante,* p. 668.